**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 343 EAL 2014
                                         :

          Respondent        :

                                 : Petition for Allowance of Appeal from the
                                 : Order of the Superior Court

          v.                 :

RODOLFO NARANJO,          :

          Petitioner         :

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.